UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND


BLUE CROSS & BLUE SHIELD OF
RHODE ISLAND,

    Plaintiff,

    v.                                         C.A. No. 09-317L

JAY S. KORSEN and IAN D. BARLOW,

    Defendants.


### ERRATA

Correction to Heading only, inserting the "v." for versus, which was omitted in the original Memorandum and Order filed and submitted for publication on January 19, 2011.


/s/ Ronald R. Laqueux
Senior U.S. District Judge
U.S. District Court
February 9, 2011